UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. WADE (#305401)

VERSUS                                          CIVIL ACTION

BURL CAIN, ET AL                                NUMBER 10-575-FJP-SCR

ORDER

IT IS ORDERED that the hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), previously scheduled for February 3, 2011, is hereby rescheduled to **March 2, 2011, at 10:00 a.m., in Courtroom 5**, Russell B. Long Federal Building, Baton Rouge, Louisiana, to determine whether all or any part of this case should be dismissed as frivolous because (1) the complaint has no realistic chance of ultimate success; or (2) it has no arguable merit in terms of the arguable substance of the claims presented, both in law and in fact; or (3) beyond doubt, the plaintiff can prove no set of facts in support of his claims which would entitle him to relief. *See, Green v. McKaskle*, 788 F.2d 1116, 1120 (5th Cir. 1986).

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary, Angola, Louisiana, produce inmate TROY D. WADE #305401 at 10:00 a.m. for the March 2, 2011 hearing.

Baton Rouge, Louisiana, February 11, 2011.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

USM for service