UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TROY D. WADE (#305401)

CIVIL ACTION

VERSUS

NUMBER 10-575-FJP-SCR

BURL CAIN, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and without prejudice to any state law claim.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 6, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47219